UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| THOMAS SCHRAMM,<br>　　　　　　　Plaintiff, | )<br>)<br>)　No. 2:22-cv-47 |
| -v- | )<br>)　Honorable Paul L. Maloney |
| NEENAH PAPER MICHIGAN INC. and<br>UNITED STEEL, PAPER AND FORESTRY,<br>RUBBER, MANUFACTURING, ENERGY,<br>ALLIED INDUSTRIAL AND SERVICE WORKERS<br>INTERNATIONAL UNION, AFL-CIO,CLC,<br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

The Court has resolved all of the claims in this action. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　September 11, 2024　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge